IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ASHLEY BROWN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ST. PETER'S HEALTH,<br><br>　　　　　Defendant. | CV 24-7-H-KLD<br><br><br>ORDER |

The parties have filed a Stipulation for Dismissal with Prejudice. (Doc. 44). Accordingly,

IT IS ORDERED that the above captioned matter is dismissed with prejudice, with each party to pay their respective costs and fees.

DATED this 7th day of July, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1